MINER LONDON v. STATE.

No. A-796.   Opinion Filed November 24, 1911.

Appeal from Superior Court, Muskogee County; Farrar L. McCain, Judge.

Patterson & Lilley, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM.   Plaintiff in error was convicted in the superior court of Muskogee county, and on the 5th day of March, 1910, was sentenced by the court to pay a fine of one hundred dollars and be imprisoned for a period of thirty days in the county jail.   From this judgment of conviction plaintiff in error appeals.   A careful examination of the record discloses no error prejudicial to the substantial rights of the plaintiff in error.   The judgment of the lower court is therefore affirmed.

---

STATE v. E. F. REITZ.

No. A-764.   Opinion Filed November 24, 1911.

Appeal from Cleveland County Court; B. F. Wolf, Special Judge.

Fred S. Caldwell, counsel to the Governor, and Geo. G. Graham, county attorney of Cleveland county, for plaintiff in error.

Ben F. Williams, Sr., for defendant in error.

PER CURIAM.   The defendant in error was tried and acquitted in the county court of Cleveland county on a charge of selling intoxicating liquor.   The state brings this appeal and asks a reversal of the judgment.   The questions raised here are settled in the case of Buchanan v. State, 4 Okla. Cr. 645, 112 Pac. 32.   Upon the authority of that case this judgment is reversed.